# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| William Thomas, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00400-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Triplett | ) | |
| FNU Russell | ) | |
| FNU Holder | ) | |
| David Mitchell | ) | |
| FNU Martinez | ) | |
| George Solomon | ) | |
| FNU Snipe | ) | |
| FNU Chapman | ) | |
| Ken Beaver, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 6, 2017 Order.

Signed: February 6, 2017

Frank G. Johns, Clerk
United States District Court